UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:03-CR-154-T-27TBM

MARCOUST DULA

_____/

## ORDER REVOKING SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

THIS CAUSE is before the Court on this 16th day of August, 2006, on a Petition to Revoke Supervised Release. The Defendant, MARCOUST DULA, appeared with Counsel, Alec Hall, AFPD; and Eduardo Toro-Font, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations set forth in Counts One through Three in the Petition for Revocation of Supervised Release. The allegation set forth in Count Four is withdrawn by the government. Based on the defendant's admissions, the Court finds that defendant has violated the terms of the Order of Supervised Release entered on October 20, 2003.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **MARCOUST DULA**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **TIME SERVED**.

3. The defendant, **MARCOUST DULA**, is to serve a period of Supervised Release under the same conditions previously imposed, to expire May 21, 2007.

4. The defendant shall participate in a program for drug use and abuse, including testing for the use of drugs.

5. The Court has zero tolerance for any positive drug test.

DONE AND ORDERED at Tampa, Florida this 16th day of August, 2006.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation