AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| MARCOUST DULA | Case Number: 8:03-CR-154-T-27TBM |
| | USM Number: 41050-018 |
| | Alec Hall, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1, 2, and 3__ of the Petition.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Failure to submit written montly reports | March 5, 2007 |
| 2 | Failure to notify ten days prior to any change in residence | October 12, 2006 |
| 3 | Failure to participate in Drug Aftercare Treatment | September 12, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: March 23, 2007

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

DATE: March 23rd, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
    Sheet 2 - Imprisonment

| | |
|---|---|
| DEFENDANT: MARCOUST DULA | Judgment - Page __2__ of __2__ |
| CASE NUMBER: 8:03-CR-154-T-27TBM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **NINETY (90) DAYS**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

   _____ at _____ a.m.   p.m.   on _____.

   _____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   _____ before 2 p.m. on _____.

   _____ as notified by the United States Marshal.

   _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
     DEPUTY UNITED STATES MARSHAL